CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 13 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
AUGUST 2015 SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 7:15-cr-00073 |
| ) | |
| v ) | **SEALED INDICTMENT** |
| ) | |
| JESSE RAY LITTLE, ) | **In Violation of:** |
| SHAWN ST. CLAIR CADOGAN, ) | |
| MICHAEL ANTHONY KEMP, II. ) | Title 21, U.S.C., §846 |
| JOSHUA M. MANNING, and ) | Title 21, U.S.C., §841(a)(1) |
| TIKI PRICE TICKLE ) | |

## COUNT ONE

The Grand Jury charges:

1. Beginning in or about March, 2013, and continuing until on or about June 7, 2015, in the Western Judicial District of Virginia and elsewhere, the defendants, JESSE RAY LITTLE, SHAWN ST. CLAIR CADOGAN, MICHAEL ANTHONY KEMP, II, JOSHUA M. MANNING, and TIKI PRICE TICKLE did knowingly combine, conspire, confederate and agree with each other, and with persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute, a measurable quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. As to JESSE RAY LITTLE and SHAWN ST. CLAIR CADOGAN, one of the objects of the conspiracy was to distribute and possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

3. All in violation of Title 21, United States Code, Sections 846, and 841(a)(1) and (b)(1)(B), and (b)(1)(C).

## COUNT TWO

The Grand Jury charges:

1. That on or about June 7, 2015, in the Western Judicial District of Virginia, the defendants, JESSE RAY LITTLE and JOSHUA M. MANNING, did knowingly and intentionally possess with the intent to distribute a measurable quantity of a mixture or substance containing heroin, a Schedule I controlled substance, and did aid and abet in the same.

2. In violation of Title 21, United States Code Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL this _13_ day of August, 2015.

_s/Grand Jury Foreperson_____
FOREPERSON

_____
ANTHONY P. GIORNO
UNITED STATES ATTORNEY

2